**Order entered March 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01200-CV

**HIGHLAND CREDIT OPPORTUNITIES CDO, L.P., Appellant**

**V.**

**UBS AG, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-16004**

## ORDER

We **GRANT** appellant's March 18, 2013 unopposed motion for an extension of time to file a reply brief. Appellant shall file its reply brief on or before May 2, 2013.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE